**FAEGRE DRINKER BIDDLE & REATH LLP**
Jennifer Montan (ID 304292019)
600 Campus Drive
Florham Park, NJ  07932
Telephone: (973) 549-7000
Jennifer.montan@faegredrinker.com

*Attorneys for Defendant BLST Sales, Marketing & Servicing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FELICIA ANN EARLE, *on behalf of herself and those similarly situated*,<br><br>             Plaintiff,<br>v.<br><br>BLST SALES, MARKETING & SERVICING, LLC; BB ALLIUM BORROWING TRUST; RESURGENT ACQUISITIONS LLC; LVNV FUNDING LLC; and JOHN DOES 1 to 10,<br><br>             Defendants. | Case No.:<br><br>*Removed from the Superior Court of New Jersey, Law Division, Essex County Docket No. ESX-L-005190-24* |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant BLST Sales, Marketing & Servicing, LLC ("BLST"), by its attorneys Faegre Drinker Biddle & Reath LLP, hereby gives notice of removal of this matter to the United States District Court for the District of New Jersey from the Superior Court of New Jersey, Law Division, Essex County.  The grounds for

removal are as follows:

**PARTIES' ADDRESSES PURSUANT TO LOCAL CIVIL RULE 10.1**

1. Defendant BLST's principal place of business is located at 13300 Pioneer Trail, Eden Prairie, Minnesota 55347. BLST is represented in this matter by Jennifer Montan of Faegre Drinker Biddle & Reath LLP, 600 Campus Drive, Florham Park, NJ 07932.

2. According to paragraph 8 of the Complaint, Plaintiff Felicia Ann Earle ("Plaintiff") resides in Passaic County, New Jersey. Plaintiff is represented in this matter by Yongmoon Kim of Kim Law Firm LLC, 411 Hackensack Avenue, Suite 701, Hackensack, New Jersey 07601.

3. According to paragraph 11 of the Complaint, Defendant BB Allium Borrowing Trust has its principal place of business at 500 Delaware Avenue 11T, Wilmington, Delaware 19801-1490.

4. According to paragraph 12 of the Complaint, Defendant Resurgent Acquisitions LLC has its principal place of business at 355 S. Main Street, Suite 300-H, Greenville, South Carolina 29601.

5. According to paragraph 13 of the Complaint, Defendant LVNV Funding, LLC has its principal place of business at 355 S. Main Street, Suite 300-D, Greenville, South Carolina 29601.

## BACKGROUND AND TIMELINESS OF REMOVAL

6. On or about July 30, 2024, Plaintiff commenced a civil action (the "State Court Action") against Defendants by filing a Complaint and Jury Demand (the "Complaint") in the Superior Court of New Jersey, Law Division, Essex County, Docket No. ESX-L-005190-24. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

7. On August 6, 2024, the Complaint and Summons were served on BLST. A true and correct copy of the Service of Process is attached hereto as **Exhibit B.**

8. This Notice of Removal is timely, as it is filed within 30 days after service on BLST, and within one year of the commencement of the State Court Action. 28 U.S.C. § 1446(b).

## VENUE

9. Essex County, New Jersey is located within the District of New Jersey. Therefore, venue is proper in this Court under 28 U.S.C. § 1441(a) because it is the "district and division embracing the place" where the action is pending.

## BASIS FOR JURISDICTION

10. Plaintiff asserts a claim against Defendants under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et seq*.

11. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331

because Plaintiff asserts claims arising under federal law.

12. This Court has supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367.

13. Defendants Resurgent Acquisitions LLC and LVNV Funding LLC consent to removal.

14. On information and belief, no other co-defendants have been served.

15. Copies of all pleadings, process, and other filings in the State Court Action, including an index of the docket, are attached hereto as required by 28 U.S.C. § 1446(a) as **Exhibit C**. All future pleadings will be filed in the United States District Court for the District of New Jersey.

16. In accordance with 28 U.S.C. § 1446(d), a copy of this notice will promptly be filed with the Clerk of the Superior Court of New Jersey Law Division, Essex County.

17. The undersigned certifies that copies of this Notice of Removal and its attachments will be served upon attorneys for Plaintiff.

18. BLST expressly reserves all of its rights and defenses, including the right to amend or supplement this Notice of Removal.

Dated: September 5, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

<u>s/ Jennifer Montan</u>
Jennifer Montan (ID 304292019)
600 Campus Drive
Florham Park, NJ  07932
Telephone: (973) 549-7000
Jennifer.montan@faegredrinker.com

*Attorneys for Defendant BLST Sales, Marketing & Servicing, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FELICIA ANN EARLE, *on behalf of herself and those similarly situated*,<br><br>　　　　　Plaintiff,<br>v.<br><br>BLST SALES, MARKETING & SERVICING, LLC; BB ALLIUM BORROWING TRUST; RESURGENT ACQUISITIONS LLC; LVNV FUNDING LLC; and JOHN DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.:<br><br>*Removed from the Superior Court of New Jersey, Law Division, Essex County Docket No. ESX-L-005190-24* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I caused copies of the Notice of Removal with Exhibits, Rule 7.1 Statement, Local Rule 7.1.1 Statement, and Civil Cover Sheet, to be electronically filed with the Clerk of the Court using the CM/ECF system, and to be electronically mailed upon the attorneys for Plaintiff Felicia Ann Earle at:

> Yongmoon Kim
> Kim Law Firm LLC
> 411 Hackensack Avenue, Suite 701
> Hackensack, New Jersey 07601
> ykim@kimlf.com

> *s/ Jennifer Montan*
> Jennifer Montan (ID 304292019)
> 600 Campus Drive
> Florham Park, NJ  07932

Telephone: (973) 549-7000
Jennifer.montan@faegredrinker.com

*Attorney for Defendant BLST Sales, Marketing & Servicing, LLC*